UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Common Threads, Inc.,<br><br>        Plaintiff,<br><br>   v.<br><br>Common Threads Farm,<br><br>        Defendant. | **Case No.**<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE ADVERTISING**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

**INTRODUCTION**

Common Threads Inc. ("Common Threads" or "Plaintiff") is a mission-driven non-profit organization founded in 2003 to educate children on nutrition, physical wellbeing, and cultural diversity through cooking and the arts. Exhibit 1 (*Common Threads Webpage*), https://www.commonthreads.org/. For many low-income American families, cooking nutritious meals can feel like an expensive, time-consuming, and sometimes overwhelming task. Common Threads empowers low-income communities to maintain healthy lifestyles on

COMPLAINT - 1 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

any budget by providing wholesome meals and teaching children how to replicate recipes and healthy habits at home. By preparing and sharing nutritious meals in the warm comfort of the kitchen, Common Threads has successfully bridged cultural boundaries and fostered a strong and vibrant community united by the *common threads* of family and food.

Common Threads owns two active federal trademarks. *See* Exhibit 2 (COMMON THREADS, US Reg. No. 7671482) (listing applicable services in International Class 41 and a first use date of March 23, 2004); Exhibit 3 (COMMON THREADS COOKING FOR LIFE & Design, US Reg. No. 6638330) (listing applicable services in International Class 41, and a first use date of July 2020). Common Threads has expended exceptional effort to grow, protect, and maintain its brand/trademarks on a national scale by using its COMMON THREADS trademark in connection with important services the organization offers within the education and nutrition space through platforms such as its website, marketing materials, and fundraising events. Any time and energy devoted to protecting its valuable trademarks and clarifying the origin of its trademarks to avoid confusion and ensure proper/effective community outreach means Common Threads needs to redirect resources that could otherwise be used to expand its efforts.

Common Threads is aware of multiple instances of consumer confusion between itself and Defendant Common Threads Farm ("CTF" or "Defendant"), a non-profit founded in 2007 that serves a similar and laudable mission of connecting kids to healthy food in the garden, kitchen, and at the table. Exhibit 4 (*About Common Threads [Farm]*), https://commonthreadsfarm.org/about/. Slowly over time, CTF dropped the word "Farm" from its name, logo and website/promotional materials/merchandise and began offering highly similar/identical services in the food/nutrition education space — namely, community gardening and cooking classes in Whatcom County [Washington state] public schools. *Id.*

COMPLAINT - 2 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

CTF's use of the COMMON THREADS Word Mark (defined below) and marks confusingly similar to the COMMON THREADS Word Mark in connection with highly similar/identical services offered by Common Threads have led and will likely continue to lead to multiple instances of public confusion among donors, partner organizations, government officials, and job/volunteer applicants.

## THE PARTIES TO THIS COMPLAINT

1. Plaintiff is a 501(3)(c) not-for-profit organization formed under the laws of Illinois, with its principal place of business at 3811 Bee Caves Rd Ste 108, West Lake Hills, Texas 78746. Common Threads exists "[t]o champion improved community health through the power of food and nutrition." Exhibit 5 (*Common Threads Webpage*, *Who We Are*), https://www.commonthreads.org/who-we-are/.

2. Upon information and belief, CTF is a 501(c)(3) not-for-profit organization organized under the laws of Washington with its principal place of business at 801 Orchard Dr. STE 2 Bellingham, Washington 98225. Exhibit 6 (*Common Threads Farm Webpage*), https://commonthreadsfarm.org/.

## BASIS FOR JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over the federal trademark claims in this action arising under the Trademark Act of 1946, as amended 15 U.S.C. §§ 1051, et seq., under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a), over federal and state law unfair competition claims under 28 U.S.C. § 1338(b), and over related state claims under 28 U.S.C. § 1367(a).

4. This Court has personal jurisdiction over CTF in this action because it maintains its principal place of business in this district, regularly engages in business in this district, and the acts giving rise to the claims in this action took place in this district.

COMPLAINT - 3 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the Defendant CTF resides in this judicial district, and because the actions giving rise to this action took place in this judicial district.

## BACKGROUND

### *Common Threads*

6. Common Threads' community-based mission began shortly after 9/11, when co-founders Art Smith, Jesus Salgueiro, and Linda Novick O'Keefe leapt into action and cooked countless meals for families grieving loved ones lost in the attack. This experience emphasized to them how our world is a large tapestry and its people are the fabric, colorful swatches of beautifully woven material, all joined together by these *common threads* — family and food.

7. Hungry to expand their community impact, the co-founders created the organization now known as Common Threads in 2003. The co-founders purchased the Shiloh Baptist Missionary Church with dreams of creating a cooking school and community center. The Common Threads co-founders offered the organization's first cooking class in 2004. The space quickly became an after school sanctuary for children to access cooking and nutrition education from trained chefs/teachers as well as a forum for teaching and promoting inclusivity and community-building.

8. The name of the organization – Common Threads – is an homage to the organization's guiding principle: life is a tapestry, and food/family is its *common thread*. The organization's name, Common Threads, is protected by an active federal trademark registration. *See* Exhibit 2 (COMMON THREADS, US Reg. No. 7671482) (listing applicable services in International Class 41 and a first use date of March 23, 2004) (hereinafter "COMMON THREADS Word Mark")

COMPLAINT – 4 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

9. In 2004, Salgueiro designed the COMMON THREADS logo, a colorful patchwork heart accompanying the text "Common Threads." *See* Exhibit 7 (COMMON THREADS & Design, US Reg. No. 4686907) (listing a first use date of March 23, 2004, and cancelled September 24, 2021).



10. Around Common Threads' 10th anniversary, the organization further developed the COMMON THREADS logo by adding the accompanying text "COOKING FOR LIFE" to the logo (shown below). *See* Exhibit 3 (COMMON THREADS COOKING FOR LIFE & Design, US Reg. No. 6638330) (listing applicable services in International Class 41, and a first use date of July 2020) (hereinafter "COMMON THREADS Logo Mark")



11. Born from tragedy, over the past two decades Common Threads has emerged as an influential nonprofit in the public eye and across the country. Since its inception, Common Threads has provided over four million snacks and meals to over 500,000 students and nearly

COMPLAINT - 5 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

100,000 adults. Common Threads takes an innovative approach through in-person and on-demand virtual cooking and nutrition education classes taught by trained chefs. *See* Exhibit 1 (*Common Threads Webpage*), https://www.commonthreads.org/. Common Threads' fun and informative programing includes a wide range of educational services for students, caregivers, educators, and healthcare professionals. *Id.* These services include cooking classes and seminars for teaching the public to understand and appreciate cultural diversity using food and the other arts as the vehicle for change and understanding, online electronic newsletters in the fields of nutrition, cooking and recipes, and website content, blogs, and non-downloadable publications/articles and videos in the fields of nutrition, cooking and recipes.

12.     From appearing on popular television programs to partnering with U.S. Department of Agriculture ("USDA") Supplemental Nutrition Education Program-Education ("SNAP-Ed") grant program, Common Threads has maximized the efficacy of donations to spread awareness and practical knowledge. SNAP-Ed is an evidence-based federally funded program providing grants to state and local organizations that implement nutrition education programming consistent with the most recent Dietary Guidelines for Americans. Exhibit 8 (*SNAP-Ed Connection, About*), https://snaped.fns.usda.gov/about. Organizations that receive the grant funding are selected based on their efficacy. *Id*. As a 501(c)(3) not-for-profit organization, Common Threads relies on donations and federal funding to re-invest efforts into low-income communities hungry for positive change. Common Threads aspires to be a "best in class" non-profit organization, stewarding its generous donations and grant funding to maximize its impact.

13.     Common Threads has expended exceptional effort to grow, protect, and maintain its brand/trademarks on a national scale by using the COMMON THREADS trademark in connection with important services the organization offers within the education and nutrition

COMPLAINT – 6 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

space through platforms such as its website, marketing materials, and fundraising events. Any time and energy devoted to protecting its valuable trademarks and clarifying the origin of its trademarks to avoid confusion and ensure proper/effective community outreach means Common Threads needs to redirect resources that could otherwise be used to expand its efforts.

### *Common Threads' Trademarks*

14. On June 27, 2024, Common Threads filed a trademark application for the COMMON THREADS Word Mark bearing the serial number 98621904. On January 28, 2025, the USPTO duly issued the COMMON THREADS Work Mark with the registration number 7671482. *See* Exhibit 2 (COMMON THREADS, US Reg. No. 7671482).

15. The COMMON THREADS Word Mark covers services in International Class 41: "[e]ducational services, namely cooking classes and seminars for teaching children to understand and appreciate cultural diversity using food and the other arts as the vehicle for change and understanding; On-line electronic newsletters in the fields of nutrition, cooking and recipes; Providing a website featuring blogs and non-downloadable publications in the nature of articles in the fields of nutrition, cooking and recipes; vlogs featuring non-downloadable videos in the fields of nutrition, cooking and recipes." *See* Exhibit 2 (COMMON THREADS, US Reg. No. 7671482).

16. The COMMON THREADS Word Mark bears a date of first use in commerce of March 23, 2004.

17. On March 17, 2021, Common Threads, Inc. filed a trademark application for the COMMON THREADS Logo Mark bearing the serial number 90584099. The mark "consists of the wording COMMON THREADS COOKING FOR LIFE with a heart design appearing to

COMPLAINT - 7 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

the left." *See* Exhibit 3 (COMMON THREADS COOKING FOR LIFE & Design, US Reg. No. 6638330).

18. On February 8, 2022, the United States Patent and Trademark Office ("USPTO") duly issued the COMMON THREADS Logo Mark bearing the registration number 6638330. *See* Exhibit 3 (COMMON THREADS COOKING FOR LIFE & Design, US Reg. No. 6638330). The COMMON THREADS Logo Mark also covers services in International Class 41, namely, "[e]ducational services, namely cooking classes and seminars for teaching children to understand and appreciate cultural diversity using food and the other arts as the vehicle for change and understanding; On-line electronic newsletters in the fields of nutrition, cooking and recipes; Providing a website featuring blogs and non-downloadable publications in the nature of articles in the fields of nutrition, cooking and recipes; vlogs featuring non-downloadable videos in the fields of nutrition, cooking and recipes." *See* Exhibit 3 (COMMON THREADS COOKING FOR LIFE & Design, US Reg. No. 6638330).

19. The COMMON THREADS Logo Mark bears a date of first use in commerce of July 2020.

### *Common Threads Farm*

20. Upon information and belief, CTF was founded in 2007 and currently serves a similar and laudable mission as Common Threads "to connect kids to healthy food in the garden, kitchen, and at the table." Exhibit 4 (*About Common Threads [Farm]*), https://commonthreadsfarm.org/about/.

21. Upon information and belief, CTF currently provides services in the food/nutrition education space — namely, community cooking and gardening classes at public schools in Whatcom County during the school day and as a part of after-school extracurricular programs.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

Exhibit 4 (*About Common Threads [Farm]*), https://commonthreadsfarm.org/about/. Upon information and belief, the services CTF initially offered did not include any educational programming in the food/nutrition education space.

22. CTF is also a 501(c)(3) not-for-profit organization that relies on government funding and donations to advance its mission. Exhibit 4 (*About Common Threads [Farm]*), https://commonthreadsfarm.org/about/.

23. CTF, like Common Threads, is a USDA SNAP-Ed grant recipient. Exhibit 9 (*SNAP-Ed Providers, Common Threads Farm*), https://wasnap-ed.org/affiliation/common-threads-farm/.

24. CTF's logo once bore its full name, Common Threads Farm. *See* Exhibit 10 (*Web Archive Common Threads Farm Homepage*). Now, CTF's logo states only "Common Threads" without the word "Farm" on multiple forums, including its website, promotional materials, and merchandise. *See* Exhibit 4 (*About Common Threads [Farm]*), https://commonthreadsfarm.org/about/; Exhibit 11 (*The Common Threads [Farm] Blog*), https://commonthreadsfarm.org/blog/; Exhibit 12 (*Common Threads [Farm] Online Store*), https://commonthreadsfarm.app.neoncrm.com/np/clients/commonthreadsfarm/giftstore.jsp.

| Old CTF Logo | Current CTF Logo |
|---|---|
| Exhibit 10 (*Web Archive Common Threads Farm Homepage*) | Exhibit 4 (*About Common Threads [Farm]*), https://commonthreadsfarm.org/about/ |

25. The bottom of CTF's website states that "Common Threads is a 501(c)(3) nonprofit" (omitting the word "Farm"). *See* Exhibit 4 (*About Common Threads [Farm]*), https://commonthreadsfarm.org/about/. Moreover, the "Donate" sub-page of CTF's website

COMPLAINT - 9 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

thanks donors for "supporting Common Threads" (omitting the word "Farm"). Exhibit 13 (*Common Threads Farm Donation Page*), https://commonthreadsfarm.app.neoncrm.com/forms/33.

26. Upon information and belief, CTF does not own any active federally registered trademarks.

27. Upon information and belief, CTF does not own any active trademarks registered in the State of Washington.

### *Consumer Confusion*

28. Common Threads has no affiliation with CTF. Common Threads does not authorize CTF's use of the COMMON THREADS Word Mark or marks confusingly similar to the COMMON THREADS Word Mark in connection with highly similar/identical services offered by Common Threads.

29. Common Threads believes there is a high likelihood of consumer confusion as well as multiple instances of actual confusion between Common Threads and CTF.

30. CTF omits the word "Farm" in its logo and when referencing itself on multiple forums, including its website, promotional materials, and merchandise. *See* Exhibit 4 (*About Common Threads [Farm]*), https://commonthreadsfarm.org/about/; Exhibit 11 (*The Common Threads [Farm] Blog*), https://commonthreadsfarm.org/blog/; Exhibit 12 (*Common Threads [Farm] Online Store*), https://commonthreadsfarm.app.neoncrm.com/np/clients/commonthreadsfarm/giftstore.jsp; Exhibit 13 (*Common Threads Farm Donation Page*), https://commonthreadsfarm.app.neoncrm.com/forms/33.

COMPLAINT - 10 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

31. Upon information and belief, CTF's use of the COMMON THREADS Word Mark and marks confusingly similar to the COMMON THREADS Word Mark in connection with highly similar/identical services offered by Common Threads leads to a likelihood of confusion among consumers and the public.

32. CTF posted a volunteer opportunity entitled "Cooking at Roosevelt," (shown below) in which CTF referred to itself as "Common Threads" and listed Common Threads' email address for volunteer inquiries.

### Cooking at Roosevelt

Common Threads is the local nonprofit that provides gardening and cooking lessons to your children in Bellingham Public Schools. In the fall and spring food educators work with students in the garden, and during the winter students will have two opportunities to cook the plants that they've grown. Common Threads will be visiting Roosevelt November 28th and 30th. If you are interested in getting involved and would like to assist with cooking classes in your child's classroom or at your school, please contact info@commonthreads.org.

33. CTF's use of the COMMON THREADS Word Mark and marks confusingly similar to the COMMON THREADS Word Mark in connection with highly similar/identical services offered by Common Threads leads to a likelihood of confusion among consumers and the public. In fact, in response to CTF's volunteer posting, Common Threads received communications from potential volunteers confusing Common Threads with CTF.

34. CTF posted a full-time job opening for "Cooking Program Manager," (shown below) in which the company listed in the job posting was "Common Threads" and the company description section of the job posting utilizes the term "Common Threads" without "Farm" numerous times. Exhibit 14 (*Good Food Jobs, Cooking Program Manager*), https://www.goodfoodjobs.com/jobs/161223/cooking-program-manager.html.

COMPLAINT – 11 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

> **Cooking Program Manager**
> Common Threads
>
> Date Posted   November 11, 2022
> Location      Bellingham, WA
> Category      Culinary / Education
> Job type      Full-Time
>
> **COMPANY DESCRIPTION**
>
> Common Threads connects kids to healthy food in the garden, in the kitchen, and at the table. We want kids to grow up making food choices that are good for their bodies, their communities, and the environment. Founded in 2007 and based in Bellingham, Washington, Common Threads is a grassroots, 501(c)(3) non-profit organization that promotes a "seed to table" approach to food production, good nutrition, and environmental stewardship. Historically, most of our programs have taken place on public school grounds, during the school day. Common Threads also runs after-school and spring/summer gardening and cooking programs at schools, community centers and affordable housing complexes.

35. CTF's use of the COMMON THREADS Word Mark and marks confusingly similar to the COMMON THREADS Word Mark in connection with highly similar/identical services offered by Common Threads leads to a likelihood of confusion among consumers and the public.

36. A representative from the USDA contacted Common Threads in relation to an erroneous Food Programs Reporting System report. Upon investigation, it was revealed that the USDA representative confused Common Threads with CTF, and the report was associated with CTF rather than Common Threads.

37. A different representative from the USDA contacted Common Threads' Financial Controller regarding alleged errors in a recently submitted quarterly financial report. Upon investigation, it was revealed that the USDA representative confused Common Threads with CTF.

COMPLAINT - 12 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

38. Upon information and belief, CTF using the COMMON THREADS Word Mark and marks confusingly similar to the COMMON THREADS Word Mark in connection with highly similar/identical services offered by Common Threads led to the USDA representatives' actual confusion. CTF's continuing use of the COMMON THREADS Word Mark and marks confusingly similar to the COMMON THREADS Word Mark in connection with highly similar/identical services offered by Common Threads leads to a likelihood of confusion among consumers and the public, including government officials.

39. Common Threads, through its counsel, repeatedly sent cease and desist letters and follow-up communications to CTF. The continuing infringement by CTF after receipt of actual knowledge of Common Threads' cease and desist demands is intentional and done in bad faith.

## COUNT I

**Trademark Infringement of a Federally Registered Mark Under 15 U.S.C. § 1114**

40. Plaintiff repeats and realleges each of the allegations in the foregoing paragraphs as if fully set forth herein.

41. Plaintiff owns all rights, title, and interest in the U.S. trademark and any related registrations for the COMMON THREADS Word Mark.

42. The COMMON THREADS Word Mark has become uniquely associated with, and thus only identifies, Plaintiff.

43. The COMMON THREADS Word Mark is distinctive and registered on the USPTO Federal Principal Register.

44. Plaintiff has used the COMMON THREADS Word Mark in commerce continuously and extensively in the United States since March 23, 2004. As a result, the public associates the COMMON THREADS Word Mark with Plaintiff, and Plaintiff has developed valuable goodwill in the marketplace through the use of its mark.

COMPLAINT - 13 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

45. Defendant's unauthorized use of "Common Threads" without "Farm" in relation to educational services, namely cooking classes and seminars for teaching children, on-line electronic newsletters in the fields of nutrition, cooking and recipes, and providing a website featuring blogs and non-downloadable publications in the nature of articles in the fields of nutrition, cooking and recipes, is likely to cause and/or has caused confusion, deception, or mistake as to the affiliation, connection, or association of the source identity of the COMMON THREADS Word Mark.

46. Defendant's use of "Common Threads Farm" in relation to educational services, namely cooking classes and seminars for teaching children, on-line electronic newsletters in the fields of nutrition, cooking and recipes, and providing a website featuring blogs and non-downloadable publications in the nature of articles in the fields of nutrition, cooking and recipes, is likely to cause and/or has caused confusion, deception, or mistake as to the affiliation, connection, or association of the source identity of the COMMON THREADS Word Mark.

47. The continuing infringement by CTF after receipt of actual knowledge of Common Threads' cease and desist demands is intentional and done in bad faith.

48. Upon information and belief, Defendant's willful and intentional acts, in bad faith, of trademark infringement of a federally registered mark under 15 U.S.C. § 1114 have caused and are continuing to cause great and irreparable injury and damage to Plaintiff's business and its goodwill and reputation. Plaintiff, through counsel, repeatedly sent cease and desist letters and follow-up communications to Defendant.

49. The aforesaid acts of the Defendant have caused and, unless enjoined by this Court, are likely to continue to cause Plaintiff to suffer irreparable harm to its business, reputation, and goodwill.

COMPLAINT - 14 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

## COUNT II

### False Advertising Under 15 U.S.C. § 1125(a)

50. Plaintiff repeats and realleges each of the allegations in the foregoing paragraphs as if fully set forth herein.

51. Upon information and belief, by its knowing and intentional unauthorized imitation, adoption, and use of Plaintiff's COMMON THREADS Word Mark and/or marks which are confusingly similar to Plaintiff's COMMON THREADS Word Mark in association with Defendant's goods and services, Defendant has and continues to falsely designate its goods and services as being derived or affiliated with those of the Plaintiff.

52. Defendant's use of the COMMON THREADS Word Mark is likely to cause and/or has caused relevant consumers to mistakenly believe that Defendant has an affiliation with Plaintiff, that Defendant's business is sponsored or approved by Plaintiff, or that Defendant is otherwise associated with or has obtained permission from Plaintiff to use the COMMON THREADS Word Mark in connection with the sale of Defendant's goods and services.

53. Upon information and belief, by engaging in the unauthorized activities described above, Defendant has made, and continues to make, false, deceptive, and misleading statements constituting false representations and false advertising made in connection with the sale/distribution of goods or services in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Furthermore, in view of the notices provided to Defendant by the acts of Plaintiff, through repeated cease and desist letters and follow-up communications from counsel on behalf of Plaintiff, such activities were, and remain, willful and intentional.

54. Upon information and belief, the aforesaid acts of the Defendant have caused and, unless enjoined by this Court, are likely to continue to cause Plaintiff to suffer irreparable harm to its business, reputation, and goodwill.

COMPLAINT - 15 of 17

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WA 98402
(206) 676-7500 - FACSIMILE (206) 676-7575

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully seeks:

    1.    judgment in favor of Common Threads and against CTF on each claim;

    2.    preliminary and/or permanent injunction against CTF and its respective officers, agents, servants, employees, and those acting in privity with it, from further infringement of Common Threads' word mark;

    3.    an award of monetary damages in an amount to be determined at trial;

    4.    an award of all costs and attorney's fees in favor of Common Threads against the Defendant pursuant to § 35 of the Lanham Act, 15 § U.S.C. 1117 or as otherwise permitted by law; and

    5.    an award to Common Threads of any further relief as this Court may deem just and proper.

Dated: April 14, 2025

Respectfully submitted,

/s/    John Guadnola
John Guadnola, WSBA #8636
GORDON THOMAS HONEYWELL, LLP
1201 Pacific Avenue, Ste. 2100
Tacoma, WA 98402
jguadnola@gth-law.com

AND

//

//

//

COMPLAINT - 16 of 17

| | |
|---|---|
| 1 | Christopher M. Bruno (to file *pro hac vice*) |
| 2 | Kavya Rallabhandi (to file *pro hac vice*) |
|   | Sydney McDermott (to file *pro hac vice*) |

McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, D.C. 20001
(202) 756-8000
cbruno@mwe.com
krallabhandi@mwe.com
smcdermott@mwe.com

Taylor MacDonald (to file *pro hac vice*)
McDermott Will & Emery LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4012
tmacdonald@mwe.com

*Attorneys for Plaintiff*

COMPLAINT - 17 of 17